DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Arindus Humphrey, | ) | |
| | ) | CASE NO. 3:04CV7748 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Petitioner Arindus Humphrey's Motion to Set Aside, Correct, or Vacate Sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 1) is DENIED and that judgment is entered in favor of Respondent United States of America and against Petitioner Arindus Humphrey.  This case is hereby closed.

    IT IS SO ORDERED.

  August 16 , 2005                                  */s/ David D. Dowd, Jr.*
Date                                                 David D. Dowd, Jr.
                                                       U.S. District Judge